*see att*

②
2/28/01

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE J. DUNN,                    :
                                 :
      Petitioner        :
                                 :
    v.                          :    CIVIL NO. 1:CV-01-0073
                                 :
JAKE MENDEZ,                      :    (Judge Caldwell)
                                 :
      Respondent        :

**FILED**
**HARRISBURG, PA**

**FEB 2 7 2001**

MARY E. D'ANDREA, CLER
PER_____
DEPUTY CLERK

### ORDER

AND NOW, this 27th day of February, 2001, it is ordered
that:

    1.    The Clerk of Court is directed to serve a copy
of the petition for writ of habeas corpus on
Respondent and the United States Attorney.

    2.    Within twenty days of the date of this
order, Respondent shall respond to the
allegations in the petition.

    3.    A determination whether Petitioner should be
produced for a hearing will be held in abeyance
pending submission of a response.

    4.    Petitioner shall, if he so desires, file a

reply to the response within fifteen days

of its filing.


William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 27, 2001

Re:  1:01-cv-00073   Dunn v. Mendez

True and correct copies of the attached were
to the following:

Wayne J. Dunn
USP-ALLENWOOD
Maximum Security Correct. Inst.
#16988-056
P.O. Box 3000
White Deer, PA  17887

cc:
Judge                        ( )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attache
                                 U.S. Marshal (
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition at
                             to:  US Atty Gen
                                  DA of Count

Bankruptcy Court             ( )
Other_____       ( )

DATE: _____2/27/01_____

( ) Jury Clerk

BY: _____
    Deputy Clerk

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provide
Article Sent To:

Postage        $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $
Postmark
Here
2/27/01
Name (Please Print Clearly) (to be completed by mailer)
John Ashcroft
Street, Apt. No.; or PO Box No.
PO Bx 878
City, State, ZIP+4
Wash DC 20044
PS Form 3800, July 1999    See Reverse for Instr

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
Article Sent To:

Postage        $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $
Postmark
Here
2/27/01
Name (Please Print Clearly) (to be completed by mailer)
David Barasch
Street, Apt. No.; or PO Box No.
PO Bx 11754
City, State, ZIP+4
HBS Pa 17108
PS Form 3800, July 1999    See Reverse for Instr