**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Barasch, U.S. Attorney
   P.O. Box 11754
   Harrisburg, Pa. 17108

2. Article Number (Copy from service label)
   7099 3400 0001 4826 5040

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery: MAR 0 2 2001
C. Signature — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

1-CV-01-0073- J Caldwell
S.C. Order 2-27-01
2 of 2

FILED
HARRISBURG
MAR 1 3 2001
MARY E. D'ANDREA, Cl
Per _____
DEPUTY CLERK

1-CV-01-007
Show Cau
Order
2-27-01

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Ashcroft, Attorney General
   U. S. Department of Justice
   P.O. Box 878, Ben Franklin Station
   Washington D. C. 20044

2. Article Number (Copy from service label)
   7099 3400 0001 4826 5019

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

1-CV-01-0073- J Caldwell
S.C. Order 2-27-01
1 of 2